■ In the Matter of MAUREEN A. McLEOD, Respondent, v ISRAEL RUIZ, Respondent-Appellant, and ORLANDO VELEZ et al., Respondents. In the Matter of ISRAEL RUIZ, JR., Appellant, v JAMES F. BASS et al., Respondents, and JOSEPH R. ERAZO, Respondent-Respondent.— Concur—Carro, J. P., Bloom, Fein, Rosenberger and Ellerin, JJ.

In the Matter of MAUREEN McLEOD, Respondent, v ANGELO DEL TORO, Respondent-Appellant, and ORLANDO VELEZ et al., Respondents. In the Matter of ILSA BELTRAN, Respondent, v ANGELO DEL TORO, Respondent-Appellant, and ORLANDO VELEZ et al., Respondents. In the Matter of ANGELO DEL TORO, Appellant, v JOSEPH R. ERAZO et al., Respondents-Respondents, and BOARD OF ELECTIONS, Respondents. In the Matter of LORRAINE TIERNEY, Respondent, v ANGELO DEL TORO, Respondent-Appellant, and ORLANDO VELEZ et al., Respondents.— Concur—Bloom, J. P., Fein, Rosenberger and Ellerin, JJ.

In the Matter of JOSEPH R. ERAZO, Appellant, v ANGELO DEL TORO, Respondent-Respondent, and ORLANDO VELEZ et al., Respondents.—Concur—Bloom, J. P., Fein, Rosenberger and Ellerin, JJ.